IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>vs.<br><br>RHAHEMIAH NIASHEE MCNAIR,<br><br>    Defendants | Case No.:<br><br> Mar 30 2020 |

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Robert Douglas, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. This affidavit is submitted in support of a criminal complaint against RHAHEMIAH NIASHEE MCNAIR for violating 18 U.S.C. § 2113(b) – Credit Union Robbery.

2. I am familiar with the information contained in this affidavit based upon the investigation I have conducted, in conjunction with other federal, state, and local law enforcement officials, which has included exchanging information with law enforcement officers and others; reviewing video surveillance, reports, database records and other information acquired during this investigation; and reviewing evidence obtained therefrom; and interviewing witnesses.

3. Because I submit this affidavit for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me or the

1

government. I have only included those facts necessary to establish probable cause to believe that RHAHEMIAH NIASHEE MCNAIR has committed a violation of 18 U.S.C.§ 2113(b).

4. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI), and have been since May 2018. I am currently assigned to the Violent Crime squad in the FBI Anchorage Field Office. During my time with the FBI, I have lead and participated in investigations involving violent crimes, threats, robbery, fraud, and drugs. Prior to May 2018, I was employed with the Ontario Police Department (OPD) in Ontario, Oregon, as a Police Officer and Patrol Sergeant. As a Police Officer and Patrol Sergeant, I was assigned to and participated in traffic enforcement, and investigations involving crimes against property, persons and homicides. I also led and participated in a large number of drug-related arrests, and surveillance operations; and assisted in the preparation and execution of numerous search and arrest warrants.

### RELEVANT STATUTES AND REGULATIONS

5. The relevant statutory authority and terms used in this affidavit and its attachments are described and defined below.

    a. 18 U.S.C. § 2113(b), states: "Whoever takes and carries away, with intent to steal or purloin, any property or money or any other thing of value exceeding $1,000 belonging to, or in the care, custody, control, management, or possession of any bank, credit union, or any savings and loan association,


Mar 30 2020

2

shall be fined under this title or imprisoned not more than ten years, or both;"

b. . 18 U.S.C. § 2113(g), states: "As used in this section the term 'credit union' means any Federal credit union and any State-chartered credit union the accounts of which are insured by the National Credit Union Administration Board, and any 'Federal credit union' as defined in section 2 of the Federal Credit Union Act. The term 'State-chartered credit union' includes a credit union chartered under the laws of a State of the United States, the District of Columbia, or any commonwealth, territory, or possession of the United States".

**PROBABLE CAUSE**

6. Denali A Division of Nuvision Federal Credit Union is a credit union that was, at all times relevant to this complaint, insured by the National Credit Union Administration Board. Nuvision Federal Credit Union operates multiple branches throughout the United States, to include the Denali A Division of Nuvision Federal Credit Union located at 1118 North Muldoon Road, Anchorage, Alaska. Nuvision Federal Credit Union provides financial services to its members and is insured by the National Credit Union Administration Board (Charter # 00566).

7. At around 4:48 am on March 28, 2020, an African-American adult male broke into the front door entrance to the Denali A Division of Nuvision Federal Credit Union branch located at 1118 North Muldoon Road, Anchorage, Alaska.

Mar 30 2020

The subject then damaged the automated latch on the vault door of the bank. The total amount of loss due to damage was estimated at approximately $1,900.00. The subject then stole approximately $4,206.00 in coins from the credit union. The breakdown of stolen coins was $106.00 in nickels (packaged in $2.00 rolls), $100.00 in half dollars, and $4,000.00 in gold Sacagawea dollars (four bags consisting of $1,000.00 each in gold dollars).

8. The map below depicts the location of the Denali A Division of Nuvision Federal Credit Union branch on Muldoon Road:



4

Mar 30 2020

9. Anchorage Police Officers responded to the scene later in the morning of March 28, 2020, spoke with bank employees and took a report (APD case # 20-10235). APD Officers obtained photographs of the subject from the credit union surveillance footage. The photograph was circulated throughout APD in an attempt to identify the subject. The photo was also forwarded to the Federal Bureau of Investigation and the media. The photo is depicted below:



10. At approximately 12:51 pm, on March 28, 2020, APD Officers attempted to conduct a traffic stop on a red 2002 Ford with Alaska plate HCB 885. The vehicle eluded them (APD case # 20-10241). The vehicle was later located parked at the Econo Inn, located at 642 East 5th Avenue, Anchorage, Alaska. APD Officers also contacted an African-American male standing near the car. APD Officers noticed

an orange backpack near the vehicle as well. Not knowing that the subject or the vehicle were connected to the robbery of the credit union, APD Officers released the male subject.

11. At approximately 1:41 pm, on March 28, 2020, APD Officers seized the red 2002 Ford with Alaska plate HCB 885 (VIN: 1FMYU04162KC58925) pending application of a search warrant for eluding. Later that day, an APD Officer confirmed that the subject that had been standing near the car had a physical resemblance matching that of the credit union robber. APD Officers identified the subject as Rhahemiah Niashee McNair (DOB: 02/21/1983) based on numerous prior contacts.

12. On March 29, 2020, APD Officers served an Alaska State search warrant on the vehicle for eluding and credit union robbery. APD Officers located white gloves, which resembled those worn by the credit union robber captured in the surveillance photograph. APD Officers also located a $2.00 roll of nickels in the car, along with an Axiom Armored Transport bank bag.

13. APD Officers contacted the employees at the Econo Inn and learned that McNair had paid for room # 103 using gold Sacagawea dollars. While at the Econo Inn, APD Officers contacted McNair returning to the hotel, and he was detained without incident. McNair was found to be in possession of $16.80 (U.S. currency) consisting of eleven gold Sacagawea dollars, two half-dollars, two $2.00 rolls of nickels (bearing Axiom Armored Transport), and 16 loose nickels. These coins were seized by APD Officers as evidence. Along with other personal items,

McNair was also in possession of one penny. The penny was not seized by APD Officers. The evidence seized from McNair's possession is depicted below:



14. APD Officers went to Econo Inn room # 103 to seize it pending an application of a search warrant. APD Officers contacted Christopher Michael O'Halloran inside the room. O'Halloran was found to be in possession of three gold Sacagawea dollars and one $2.00 roll of nickels (bearing Axiom Armored

7

Mar 30 2020

Transport). O'Halloran was detained by APD Officers for questioning. The gold dollars and the nickels were seized by APD Officers as evidence. The evidence seized from O'Halloran's possession is depicted below:



15. Special Agent Robert Douglas responded to APD Headquarters to speak with McNair. SA Douglas was accompanied by APD Detective David Delesline.



SA Douglas advised McNair of his Miranda Rights per the FBI Advice of Rights form (FD-395). McNair advised that he understood his rights and did not want to answer any questions. However, McNair continued to talk and made statements that he was arrested because he was not at the Henry House. Detective Delesline asked McNair to confirm that he did not want to talk about what had happened at the bank, and he showed McNair the still photo taken from the credit union surveillance video. McNair stated that he was being set up, and he did not want to answer any questions. SA Douglas and Detective Delesline did not ask McNair any other questions pertaining to the investigation.

16. APD Detectives spoke with O'Halloran concerning the money found in his possession. Initially, O'Halloran advised that the nickels and the gold dollars had been given to him by his Uncle, Fred. However, O'Halloran later told APD Detectives and SA Douglas that the gold dollars had been given to him by McNair.

17. On March 29, 2020, APD Officers served an Alaska State search warrant on the Econo Inn room # 103. Inside the room, APD Officers located an orange bank bag with the word "Tikahtnu" on it, along with a charter # of "00566." APD Officers also located several $2.00 rolls of nickels and several loose gold Sacagawea dollar coins. From the Econo Inn vault, APD Officers seized four $25.00 rolls of gold Sacagawea dollar coins.

 Mar 30 2020

18. FBI Special Agent and APD Officer Zach Hughes transported McNair to the Anchorage Correctional Complex where he was remanded on probable cause for Credit Union Robbery, 18 U.S.C. § 2113(b).

## CONCLUSION

19. Based upon the information above, your affiant submits that there is probable cause to believe that RHAHEMIAH NIASHEE MCNAIR took and carried away, with intent to steal or purloin, money exceeding $1,000 belonging to, or in the care, custody, control, management, or possession of Denali A Division of Nuvision Federal Credit Union located at 1118 North Muldoon Road in Anchorage, Alaska in violation of 18 U.S.C. § 2113(b) – Credit Union Robbery.

Respectfully submitted,

ROBERT DOUGLAS
Special Agent
Federal Bureau of Investigation

Mar 30 2020
Subscribed electronically and sworn telephonically
~~Subscribed and sworn to before me this~~
30th day of March, 2020:

Matthew M. Scoble
United States Magistrate Judge
District of Alaska
Anchorage, Alaska